UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARGARET E. ANDERSON ) | |
| and husband, EVERT ANDERSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 2:12-00037 |
| ) | JUDGE SHARP |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Defendant Wal-Mart Stores East, L.P. is hereby GRANTED. Plaintiff Margaret E. Anderson's negligence claim and the derivative claim for loss of consortium by her husband, Plaintiff Evert Anderson, are hereby DISMISSED WITH PREJUDICE.

The Clerk shall enter a final judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE